## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| GILBERT MCKNIGHT, | Case No.:   10-CV-0108 SKO |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

    Plaintiff Gilbert McKnight ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to October 27, 2010; and that Defendant shall have until November 29, 2010, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due December 13, 2010.

An extension of time was needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: September 13, 2010           Respectfully submitted,

                                         LAW OFFICES OF LAWRENCE D. ROHLFING

                                                /s/ *Steven G. Rosales*

                              BY: _____
                                     Steven G. Rosales
                                     Attorney for plaintiff GILBERT MCKNIGHT

DATED:  September 13, 2010    BENJAMIN WAGNER
                                     United States Attorney

                                     */S/- *Theophous Reagans*

                                     _____
                                     Theophous Reagans
                                     Special Assistant United States Attorney
                                     Attorney for Defendant
                                     [*Via email authorization]

## **ORDER**

Upon the parties' stipulation, IT IS HEREBY ORDERED that plaintiff shall have an extension of time, to and including **October 27, 2010**, in which to file Plaintiff's Opening Brief; Defendant shall have an extension of time to **November 29, 2010**, to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.  Any reply by plaintiff shall be due by **December 13, 2010**.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.  (Doc. 7 ¶ 14.)

IT IS SO ORDERED.

Dated:  **September 17, 2010**           **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE