UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| GILBERT MCKNIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. 1:10-CV-00108-SKO<br><br>STIPULATION AND ORDER TO<br>EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Opening Brief be extended until December 23, 2010.

This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: November 29, 2010          /s/ *Steven Rosales*
                                  Steven Rosales
                                  (Authorized via email)
                                  Attorney for Plaintiff

Dated: November 29, 2010 

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

## **ORDER**

Upon the parties' stipulation, it is ORDERED that Defendant shall file his responsive brief **by no later than December 23, 2010.** Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 7 ¶ 14.)

IT IS SO ORDERED.

**Dated:    December 1, 2010**            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE